# United States Court of Appeals

### For the Eighth Circuit

_____

No. 15-3600

_____

United States of America

*Plaintiff - Appellee*

v.

Charles L. Brown, also known as Bear

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: March 23, 2016
Filed: March 28, 2016
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Charles L. Brown directly appeals the sentence imposed by the district court[1]
after he pleaded guilty to possessing a firearm in furtherance of a drug-trafficking

_____

[1]The Honorable Stephen R. Bough, United States District Judge for the
Western District of Missouri.

crime.  His counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence was unreasonable.  We conclude that Brown's appeal waiver should be enforced and prevents consideration of his claim.  <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); <u>United States v. Andis</u>, 333 F.3d 886, 889-90 (8th Cir. 2003) (en banc) (court should enforce appeal waiver and dismiss appeal where it falls within scope of waiver, plea agreement and waiver were entered into knowingly and voluntarily, and no miscarriage of justice would result).  Having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal.

Accordingly, we dismiss the appeal and we grant counsel's motion to withdraw.

_____